FILED
December 29, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003983943

JOHN R. ROBERTS
Bankruptcy Trustee
P.O. Box 1506
Placerville, CA 95667-1506
(530) 626-6441

UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN RE:

**RONALD DWANE PURTA**

Debtor(s).
_____ /

CASE NO. **2011-43747-C-7**

DC NO. **JRR-2**

DATE: **January 31, 2012**
TIME: **9:30 a.m.**
COURTROOM: **35**

### TRUSTEE'S MOTION FOR TURNOVER OF ASSETS
(Bankruptcy Code §542)

NOW COMES JOHN R. ROBERTS, duly appointed and acting Trustee in this matter and moves the Court for an Order directing the debtors to turnover assets in their possession or under their control. The trustee requests immediate turnover to the Trustee of the following assets:

1. Bank of America bank statement for Checking Account ending #5200 showing balance as of September 30, 2011

2. The Golden 1 Credit Union bank statement for Savings Account ending #0005 showing balance as of September 30, 2011

3. Schools Financial Credit Union bank statement for Savings Account ending #0101 showing balance as of September 30, 2011

In support of this motion the Trustee represents as follows:

1

1. Debtor and counsel were directed at the §341 Meeting of Creditors to produce the requested documents. Documents were also requested by letter dated dated November 8, 2011, and followed up with a second copy of the letter on on November 29, 2011. A copy of the original letter is attched to Exhibits and marked as Exhibit "A".

2. On December 14, 2011 Trustee filed and served a Trustee Demand upon Debtor and counsel requesting the immediate surrender of bank statements for ALL accounts that Debtor is a signer on. Trustee Demand is attached to Exhibits as Exhibit "B".

3. Debtor has an obligation to cooperate with the Trustee. The Trustee has a duty to investigate the financial affairs of the Debtor. Trustee has requested and Debtor has refused to provide bank statements for ALL accounts showing the balances of said accounts as of the date of filing bankrutpcy.

WHEREFORE, the Trustee prays that the Court make its Order for Turnover of Assets mention herein.

DATED: December 29, 2011

/s/ JOHN R. ROBERTS, TRUSTEE
PO Box 1506
Placerville, CA 95667
530-626-6441
court@bankruptcy-info.com
State Bar No. 77919